444

## Lockwood Glass Company et al., Appellants, v. Harry W. Love et al., Appellees.

### Gen. No. 9,487.

Heard in this court at October term, 1939; opinion filed February 14, 1940. Irving Shutts and H. Howard Schluntz, for appellants; Edward A. Nadelhoffer and Albert H. Krusemark, for appellees. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."

## Review Printing and Stationery Company, Appellee, v. Harold Andrew Camlin, Executor of the Estate of John H. Camlin, Deceased, et al., Appellants.

### Gen. No. 9,502.

Heard in this court at October term, 1939; opinion filed February 14, 1940. Frank E. Maynard, for certain appellants; Hall & Dusher, for certain other appellants; Welsh & Welsh and Vail, Mills & Armstrong, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."